```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

DAVID BOWLIN,

                    Plaintiffs,

- against -

HELEN OF TROY, LTD., ET AL.,

                    Defendants.

23-cv-10788 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a telephone conference on **February 15, 2024**, at **3:30 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           February 9, 2024

                                            John G. Koeltl
                                   United States District Judge