```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------

DAVID BOWLIN,

                Plaintiffs,

   - against -

HELEN OF TROY, LTD., ET AL.,

                Defendants.

--------------------------------

23-cv-10788 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

    The conference scheduled for February 15, 2024 is canceled.

SO ORDERED.

Dated:   New York, New York
          February 13, 2024

                                       /s/ John G. Koeltl
                                        John G. Koeltl
                                 United States District Judge