

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 212 839 5~~~
ECLAEYSSEN@SIDLEY.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/10/2024

April 10, 2024

**By ECF**

The Honorable Margaret M. Garnett
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   Bowlin v. Idelle Labs, Ltd., No. 1:23-cv-10788-MMG – Letter Motion Request
      for Adjournment of Initial Pretrial Conference Scheduled for April 18, 2024

Dear Judge Garnett:

In accordance with Your Honor's Individual Rules & Practices (the "Rules"), counsel for Idelle Labs, Ltd. ("Defendant") respectfully requests an adjournment of the upcoming initial pretrial conference currently scheduled for April 18, 2024 and a corresponding extension of the April 11, 2024 deadline for filing a joint letter and a proposed Civil Case Management Plan and Scheduling Order as ordered by the Court on February 29, 2024 (Dkt. 27).  Pursuant to Rule I(B)(3), Defendant will email a file-stamped copy of this letter to the Court's attention.

Due to an unexpected family emergency, counsel for Defendant is unable to meet and confer or to finalize the joint submission by tomorrow and unable to fully prepare for the pretrial conference.  This is Defendant's first request for an extension relating to the currently operative complaint.  Defendant filed one request for an extension to respond or otherwise plead to a prior iteration of the complaint (Dkt. 16).

Defendant respectfully requests an extension of 11 days in each date, such that the proposed Civil Case Management Plan and Scheduling Order would be due on April 22, 2024 and the initial pretrial conference would be adjourned to April 29, 2024.  Defendant notes that the initial pretrial conference is currently scheduled to be remote, and Defendant has no objection to the conference continuing to proceed remotely on the proposed date.  No other scheduled dates will be affected by this extension and adjournment.

Defendant conferred with counsel to the Plaintiff, who consents to this extension and adjournment.

# SIDLEY

Hon. Margaret M. Garnett
Page 2

      We appreciate the Court's consideration of this matter.

                         Respectfully submitted,

                         */s/ Ernesto R. Claeyssen*

                         Ernesto R. Claeyssen

cc:     All counsel of record (via ECF)

---

GRANTED. The deadline for the parties' joint letter and proposed Civil Case Management Plan and Scheduling Order is hereby extended to **April 22, 2024,** and the Initial Pretrial Conference is hereby adjourned to **April 29, 2024 at 11:00a.m.** The conference will remain on Microsoft Teams with the dial-in information provided in the Order at Dkt. No. 40.

SO ORDERED. Dated April 10, 2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE