UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| DAVID BOWLIN, as administrator on behalf of ANCEL BOWLIN,<br><br>                              Plaintiff,<br><br>     -against-<br><br>IDELLE LABS,LTD;<br><br>                              Defendant. | Case No.  1:23-cv-10799- MMG<br><br>**NOTICE OF SETTLEMENT**<br><br>Local Rule 77.1<br>Six (6) days by mail-<br>Three (3) days if by personal service<br><br>Not including day of service, weekends or holidays |

-------------------------------------------------------x

Sirs:


   PLEASE TAKE NOTICE that the parties have agreed to resolve this matter.  Plaintiff expects that it will take approximately 120 days to finalize the settlement through Mr. Bowlin's estate, after which the case will be dismissed.  In the event the settlement is not yet finalized, and a request for dismissal filed, by December 5, 2024, the parties will advise the Court.


New York, New York

August 9, 2024


                                               **POULIN, WILLEY, ANASTOPOULO, LLC**
*/s/ Paul Doolittle*
32 Ann Street
Charleston, SC 29403
(P) (843)-834-4712
Email: paul.doolittle@poulinwilley.com
           cmad@poulinwilley.com

-AND-

**SEGAL LAW FIRM, P.C.**
Matthew B. Segal, Esq.
950 Third Avenue, 11th Floor
New York, NY 10022
(P) (646) 810-3337
(F) (212) 355-9000
msegal@segal-lawfirm.com

Attorneys for Plaintiff

To:
SHOOK, HARDY & BACON L.L.P
Alycia A. Degen
(P) (424)- 324-3496